## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| **REV. DR. WILLIAM J. BARBER II** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:16-cv-1555-LMB-JFA** |
| | ) | |
| **AMERICAN AIRLINES, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff Rev. Dr. William J. Barber II, instituted the above action against Defendant American Airlines, Inc. ("American Airlines") asserting that American Airlines violated 42 U.S.C. §1981 when Plaintiff was removed from a plane on April 15, 2016; and

WHEREAS, Plaintiff has agreed to dismiss the claims asserted against American Airlines without the need for compensation.

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly stipulate that all claims that were asserted by Plaintiff against American Airlines in this action be dismissed with prejudice and without costs, and waiving all rights of appeal.

Dated: June 2, 2017

SO ORDERED

/s/

Leonie M. Brinkema
United States District Judge

6/5/17

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Michael G. Allen, Va. Bar No. 25141 | Wayne A. Schrader, Va. Bar No. 84797 |
| John P. Relman, admitted *pro hac vice* | Edward Lee Isler, Va. Bar No. 27985 |
| Jia M. Cobb, admitted *pro hac vice* | Micah E. Ticatch, Va. Bar No. 83351 |
| RELMAN, DANE & COLFAX PLLC | ISLERDARE, P.C. |
| 1225 19th Street NW, Suite 600 | 1945 Old Gallows Road, Suite 650 |
| Washington, DC 20036 | Vienna, Virginia 22182 |
| Tel: (202) 728-1888 | Phone: 703-748-2690 |
| Fax: (202) 728-0848 | Fax: 703-748-2695 |
| mallen@relmanlaw.com | wschrader@islerdare.com |
| jrelman@relmanlaw.com | eisler@islerdare.com |
| jcobb@relmanlaw.com | mticatch@islerdare.com |
| *Counsel for Plaintiff* | *Counsel for American Airlines, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2017, the foregoing Joint Stipulation of Dismissal With Prejudice has been electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Wayne A. Schrader, Va. Bar No. 84797
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
ISLERDARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Phone:  703-748-2690
Fax:  703-748-2695
wschrader@islerdare.com
eisler@islerdare.com
mticatch@islerdare.com
*Counsel for American Airlines, Inc.*

                                                /s/

Michael G. Allen, Va. Bar No. 25141
John P. Relman, admitted *pro hac vice*
Jia M. Cobb, admitted *pro hac vice*
RELMAN, DANE & COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
Fax: (202) 728-0848
mallen@relmanlaw.com
jrelman@relmanlaw.com
jcobb@relmanlaw.com
*Counsel for Plaintiff*